FILED
2013 Jul-02 AM 09:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**CERTIFIED MAIL**

7011 0110 0000 2813 8984

UNITED WE STAND

$ 008.17°
0000017183  JUN  2013
MAILED FROM ZIP CODE 75226

INSUFFICIENT ADDRESS

INS
126  NO RM #?

Michael Siegling
180 Grand Avenue
Oakland, CA 9461?

2013 JUL -1 P 3:52

NIXIE    946127040-1N         06/25/13

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery |
| 1. Article Addressed to:<br>Michael Siegling<br>180 Grand Ave.<br>Oakland, CA 94612 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>5:13-CV895-CLS<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7011 0110 0000 2813 8984 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |