FILED
2014 Mar-21 PM 03:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
**NORTHEASTERN DIVISION**

| | |
|---|---|
| ACADIA INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL ACTION NO. <br> 5:13-CV-00895-CLS |

**DEFENDANT'S AMENDED INITIAL DISCLOSURES
AND RULE 26 EXPERT DISCLOSURE**

Defendant, by and through Joyce White Vance, the United States Attorney for the Northern District of Alabama and Jack Hood, Assistant U.S. Attorney, makes the following disclosure pursuant to Rule 26(a), Federal Rules of Civil Procedure:

A.   **Rule 26 Expert Disclosure**

The expert report of David J. Icove and his declaration pursuant to 28 U.S.C. § 1746, dated March 19, 20014, is attached hereto as Exhibit A.

Respectfully submitted,

JOYCE WHITE VANCE
UNITED STATES ATTORNEY

1

                    <u>**s/ Jack Hood**</u>
Jack Hood
Assistant United States Attorney
U.S. Attorney's Office
State Bar No. D41J
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2103
(205) 244-2181 (fax)
jack.hood@usdoj.gov

<u>Of Counsel</u>:

Jayme Kantor, Esq.
Assistant General Counsel
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Suite 10140
Washington, DC 20535
Phone: 202/324-7194
Email: Jayme.Kantor@ic.fbi.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>March 21, 2014</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

        Carl L. Evans, Esq.
        Attorney for Plaintiff
        McCathern, P.L.L.C.
        Regency Plaza
        3710 Rawlins Street
        Suite 1600
        Dallas, TX  75219
        Phone: 214/741-2662
        Facsimile:  214/741-4717

Email: cevans@mccathernlaw.com

**s/ Jack Hood**
Jack Hood
Assistant United States Attorney