FILED

2014 Mar-21  PM 03:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# GOVERNMENT EXHIBIT A

## PART 4
# DECLARATION OF DAVID ICOVE

discarded lit cigarette could ignite a thermally dense material such as the timbers of a wooden deck.

Investigators Wilkerson and Williams should have known through their training and articles in professional literature that cigarettes produced after January 1, 2010 by a majority of manufacturers now comply with laws requiring cigarettes to meet certain fire-safety standards for self-extinguishing when not being smoked. The laws require cigarettes to exhibit a greater likelihood of self-extinguishing using a prescribed laboratory test method ASTM E2187 developed by ASTM International. These cigarettes are commonly known as Fire Standards Compliant (FSC) or Reduced Ignition Propensity (RIP) cigarettes and are designed to automatically self-extinguish within 5 minutes of being left unsmoked. This means there is insufficient contact time to ignite almost any available fuel.

It is important to note that the cigarette allegedly in question here from Room 2207 was a Marlboro brand by Philip Morris USA. The Philip Morris Company manufactures only FSC Marlboro cigarettes. Since both Investigators Wilkerson and Williams failed to document and collect the unsmoked cigarettes in Room 2207, as well as the several smoked butts found on the ground under the balcony, it will never be possible to confirm whether these were Marlboro brand FSC cigarettes found under the balcony and whether they can be matched with those found in the room so they can be attributed to the occupant of Room 2207.

Furthermore, the ignition of the balcony by an alleged discarded lit cigarette would have required an intermediate source of fuel that the cigarette came into contact with. The occupant of Room 2207 said in his statement to Investigator Wilkerson that he always extinguished his cigarettes in a water-filled Styrofoam cup. These investigators did not explore a potential ignition

sequence of discarded cigarettes, as well as the potential ignition sequence of Styrofoam acting independently or in conjunction with the discarded cigarettes. With no actual documentation of the fire scene and no sifting and retention of evidence recovered from the balcony, the true origin and cause of this fire may never be determined now.

### 4. Failure to Use Arc Mapping

The fourth tool useful in determining and applying reliable principles and methods in establishing a fire's origin and cause is through the use of *arc mapping*. *NFPA 921* (2014 Edition, Ch. 3.3.8) defines this technique as:

> *The systematic evaluation of the electrical circuit configuration, spatial relationship of the circuit components, and identification of electrical arc sites to assist in the identification of the area of origin and analysis of the fire's spread.*

Using this technique, a fire investigator identifies and "maps" the locations of arcing in energized electrical wiring to help determine the area of origin for the fire. Arc mapping is also helpful in charting the development and direction of the fire. This sequence can be used in combination with other data to more clearly define the area of origin and evaluate potential ignition sources. During this process, the evidence of arcing is carefully documented and the arced wiring is removed, along with other electrical fixtures, junction boxes, etc. See *NFPA 921* (2014 Edition, Ch. 18.4.5) for a detailed discussion on arc survey mapping and evidence collection.

There is no indication that either Investigator Wilkerson or Williams used arc mapping to assist in their examination of the fire scene and locating what they considered to be the area of fire origin. A potential hypothesis is that the fire started in the concealed ceiling on the third floor, and falling debris ignited the second floor balcony of Room 2207. This hypothesis is supported by

Huntsville District Chief Michael D. Dodson who stated that upon arrival at the fire scene, he observed the balconies of the second and third floors of one of the buildings were completely engulfed in flames (YEDLA002966).

Insurance inspections just after the fire provide further evidence supporting this alternative hypothesis. Those inspections documented the existence of exposed and fire-damaged wiring on the third floor that was not compliant with the electrical code. If exposed damaged wiring existed on the third floor, it could have supported an alternative hypothesis for the origin and cause of this fire being on the third floor and relating to that wiring. These damaged wires could have been useful in performing arc mapping for charting the development and direction of the fire. In a report[33] dated October 21, 2010 to Phil Yarbrough, Union Standard Insurance, Jim Gowder of Cook Claims Service, Inc. mentioned the existence of wiring not compliant with the electrical code and found damaged on the third floor.

> We would also like to call to your attention that there is extensive damage to the wiring in the third floor of the building and our inspection revealed that none of the wiring is in conduit and there may be code upgrades involved in the repair of the wiring as well as the construction of the balcony, which was destroyed in the fire.

Another failure of both investigators was in failing to adequately document the positions of circuit breaker activations in the electrical panels serving the building of fire origin. This documentation was necessary to identify and track the tripping of the circuit breakers during the fire, to further isolate the area of fire origin.

---

[33] Second Report to Phil Yarbrough, Union Standard Insurance, Irving, Texas, from Jim Gowder, Adjuster-Florence Office, Cook Claims Service, Athens, Alabama, dated October 21, 2010 (YEDLA002524-002527).

To his credit, Investigator Williams did photograph the circuit breaker panels and associated documentation in these panels. Investigator Williams does not indicate in his report the locations of each of these circuit breaker panel cabinets, however. Unfortunately, the photographs he took, which were provided during discovery (YEDLA 0003133-0003141), were blurred and have no evidentiary value except to observe a large label identifying the manufacturer as "Square D".

No additional details are available regarding the make and model of the Square D cabinets, as well as the type of breakers installed. Obtaining this information is vitally important, especially where there is documented evidence of "counterfeit" Square D circuit breakers which have been found and later proven to have started fires.

This has been documented in a number of television and news media stories. For example, on August 10, 2010, Miami Breaker Inc. (MBI), of Miami, Fla. announced a recall of 43,600 counterfeit Square D circuit breakers it had sold. The recalled circuit breakers[34] labeled "Square D" or "SQD" were determined to be counterfeit and capable of failing to trip when they are overloaded, posing a significant fire hazard to consumers.

C.      **Reliably Applying the Principles and Methods to the Facts of the Case**

This analysis focuses on the issue of Plaintiff's unfounded claims and flawed investigative methodologies. Supporting documentation is cited throughout this analysis, referring to specific sections from disclosed written reports of findings, witness statements, and forensic laboratory tests (or the lack thereof). Also cited are recognized professional standards of proper forensic

---

[34] For additional information, see: http://www.schmidtandclark.com/circuit-breaker-recall

principles and methodologies, expert treatises, and peer-reviewed literature available to all fire investigators. These professional standards and the established principles and methodologies apply whether the fire investigator is in the public or private sector.

Note that the evaluation of this case does not concern these investigators' knowledge, skill, experience, training, and education. **At issue in this case is the reliability of the methodologies employed and the opinions rendered by Investigator Daniel Wilkerson (City of Huntsville Fire Department) and Investigator Roderick Williams (EFI Global, Inc.). This reliability analysis is directed at whether or not these experts followed the scientific principles and methodologies required for a proper origin and cause determination; whether or not sufficient facts or data were developed in their investigation; and whether or not the scientific principles and methodologies were properly applied to the facts and data developed in their investigation to verify and validate the reliability of their ultimate opinions.**

Although the fire incident which is the center of this lawsuit occurred on September 22, 2010 and the Plaintiff represents[35] that the investigations followed the generally accepted professional practices set forth in *NFPA 921* and *NFPA 1033*, the Plaintiff's experts did not specify which Editions they used and adhered to in conducting their investigations. The generally accepted practice in the fire investigation field is to apply the latest edition in effect at the date of the expert's trial testimony, deposition testimony, or expert disclosure report.

Therefore, the editions used in this analysis are the 2014 Editions of *NFPA 921* and *NFPA 1033*. It will be expected that both the Plaintiff's and Defendant's experts will reference the 2014

---

[35] Plaintiff's Responses to Request for Admissions, Acadia Insurance Company, Plaintiff, v. United States of America, Defendant, United States District Court of the Northern District of Alabama, Huntsville Division, Case Number 5:13-cv-00895-CLS, December 20, 2013.

editions in any courtroom testimony, depositions, and expert reports produced. Those sources establish the principles and methodologies for a reliable and scientifically valid fire scene investigation. Any deviation from those procedures should be documented and justified by the fire investigators in their reports.

Both Investigators Wilkerson and Williams failed to apply the accepted scientific principles and methods of fire scene investigation to their analysis of the September 22, 2010 fire at the Country Inn and Suites in Huntsville, Alabama. They both failed to reliably apply the proper principles and methods of fire scene investigation to the facts of this case. Some of the most striking examples are illustrated by the following:

1. **The failure to employ and embrace the tenets of the scientific method, particularly when collecting and interpreting data, and considering other potential hypotheses;**

2. **The failure to conduct and thoroughly document any oral or written interviews conducted in this matter regarding observations of the development and growth of the fire, with the exception of Investigator Wilkerson's very short statement taken of the occupant of Room 2207 and which had little or no information to contribute to the analysis;**

3. **The failure to inquire about any exterior video security system at the motel, in adjoining public or private areas, and through responding public safety personnel which could have pinpointed and documented the origin, cause, spread and development of the fire;**

4. **The failure to properly employ the four essential methodologies necessary for determining a fire's origin, cause, and development: (1) witness information, (2) fire patterns, (3) fire dynamics, and (4) arc mapping;**

5. **The failure to protect evidence from spoliation through proper scene security, notification to the client of potential interested parties, and**

**deferring/suspending the processing of the fire scene until all interested parties could arrange to participate;**

6. **The failure to recognize and account for other potential hypotheses for the origin and cause of the fire, including numerous fire, building, and electrical code violations which easily could have caused this fire; and**

7. **The failure to collect and preserve evidence found at the fire scene to forward that evidence to a competent forensic engineering laboratory for their evaluation.**

These experts for Plaintiff have not complied with many of the generally accepted scientific principles and methods for conducting a proper fire investigation. The errors and omissions are so numerous and so fundamentally flawed in terms of scope and degree that the reliability of their conclusions as to the origin, cause, development, and responsibility for this fire cannot be established.

Although Mr. Wilkerson and Mr. Williams may be generally capable and experienced investigators, their failure in this case to employ reliable principles and methods for conducting a proper forensic fire scene investigation and their failure to reliably apply the proper principles and methods to the facts in this case undermines the reliability and validity of their conclusions, specifically that the resident of Room 2207 caused or was in some way responsible for the fire by allegedly discarding a lit cigarette. In fact, their basic underlying premise that the fire was caused by *anyone* cannot be scientifically verified and validated.

**It is the professional opinion of this author that the investigations conducted by Investigator Daniel Wilkerson (City of Huntsville Fire Department) and Investigator Roderick Williams (EFI Global, Inc.) whose findings, conclusions and opinions are reviewed in this report, are not the product of reliable scientific principles and methods; are based**

upon insufficient facts or data; fail to reliably apply the proper principles and methods of forensic fire investigation to the facts of this case; and fail to meet the generally accepted standard of care for conducting a proper and reliable scientific fire investigation as set forth in *NFPA 921 – Guide for Fire and Explosion Investigations* (2014 Edition), *NFPA 1033 – Standard for Professional Qualifications for Fire Investigator* (2014 Edition), and all other recognized professional standards for conducting a proper fire investigation. These failings defeat the validity and reliability of their opinions rendered in this case.

## VII.   Conclusion

The analysis performed and the opinions expressed herein are established to a reasonable degree of scientific and engineering certainty, conform to the generally accepted principles of forensic fire scene reconstruction and investigation, and are based upon the facts and information made available as of the date of this report. The recognized principles and methods of forensic fire scene investigation and the standards of professional care in conducting fire and explosion investigations cited within this report serve as the basis for the opinions rendered.

This report is based upon the empirical data and facts established in the investigation of this fire incident and may be amended at a later date if any additional information becomes available through first-hand observations, further analysis, facts presented to experts prior to trial through depositions or other disclosures, or facts established in court proceedings which have a bearing on this analysis. Such information may affect the opinions rendered in this analysis and in the event such new information becomes known, this report may be revised accordingly and the opinions rendered in this analysis may be changed. In the absence of any such newly disclosed information, the opinions stated herein stand as presented.

The foregoing is based upon my training, experience, and review of the relevant literature. My opinions and methodologies are based on principles, facts, and data that other experts in my field of forensic fire investigation and reconstruction reasonably rely upon in making expert and professional decisions. All of the foregoing opinions are to a reasonable degree of certainty and in all probability.

A listing of the data and information reviewed and relied upon is attached hereto as Appendix A, along with Exhibits A, B, C, and D. There are no assumptions that the attorney hiring me has provided or that I have relied upon in forming the foregoing opinions. Also attached hereto as Appendix B is a current copy of my resume showing my expert qualifications, along with a list of all publications within the past ten (10) years. Finally, attached hereto as Appendix C is a listing of cases in which I have given trial or deposition testimony within the past four (4) years.

My fees are set by agreement at the rate of $200.00 per hour.

## VIII.   Certification

I hereby certify that this report was prepared by me, and that I am a duly licensed Registered Professional Engineer under the laws of the State of Alabama, License Number 31381, Expiration Date: December 31, 2014.

## IX.    Verification

I hereby affirm, pursuant to 28 U.S.C. § 1746, under penalties of perjury, that the foregoing report is true and correct.

Dated this 19th day of March, 2014.

David J. Icove, Ph.D., P.E., CFEI

**APPENDIX A – LIST OF DOCUMENTS, INFORMATION, AND DATA REVIEWED**

The following documents, materials, and references reviewed, including those relied upon in the preparation of this report:

Bulk Discovery Documents
- Plaintiff's Discovery Records, YEDLA 000001-003169
- City of Huntsville, Alabama, Fire Rescue Records, FBI 000020-000078
- City of Huntsville, Alabama, Inspection Records, FBI 000079-000142
- City of Huntsville, Alabama, Photos, FBI 000143-000186

Insurance Documents
- Assignment of Fire Loss by Phil Yarbrough, Staff Adjuster, Union Standard, Irving, Texas, to Cook Claims, for 4880 University Drive, Huntsville, Alabama, assigned September 23, 2010 (YEDLA002912)

Reports of Investigation
- Narrative report by Investigator Daniel Wilkerson, Huntsville Fire Department, regarding the fire on September 22, 2010 at the Country Inn and Suites, 4880 University Drive, Huntsville, Alabama (YEDLA002966).
- First Report to Phil Yarbrough, Union Standard, Irving, Texas, from Jim Gowder, Adjuster-Florence Office, Cook Claims Service, Athens, Alabama, dated September 27, 2010 (YEDLA000467-000478).
- Fire Investigation Report One and Final, by EFI Global, Inc., Insured: Country Inn & Suites, 4880 University Drive, Huntsville, Alabama 35816, September 22, 2010, Claim Number 10070791, EFI File Number 94216-08709, prepared for Union Standard Insurance Company, in care of Jim Gowder, Cook Claims, signed by Rod Williams and reviewed by Metts Hardy, October 12, 2010 (YEDLA002942-002989).
- Second Report to Phil Yarbrough, Union Standard Insurance, Irving, Texas, from Jim Gowder, Adjuster-Florence Office, Cook Claims Service, Athens, Alabama, dated October 21, 2010 (YEDLA002524-002527).
- Federal Rule 26 Statement of Rod Williams, EFI Global, Inc., Insured: Country Inn & Suites, 4880 University Drive, Huntsville, Alabama 35816, Date of Loss: September 22, 2010, Claim Number Not Given, EFI File Number 94216-08709, signed by Rod Williams, February 18, 2014 (YEDLA003164-003169).
- City of Huntsville Fire, Electrical, and Building Inspection Reports (FBI000048-000051, FBI000060-0000063, FBI000070-000074, FBI000078, FBI000118-000119, FBI000126-000127)

Statements

- Written statement of Wanda Morgan taken by Investigator Daniel Wilkerson, Huntsville Fire Department, regarding events on September 23, 2010 at the Country Inn and Suites, 4880 University Drive, Huntsville, Alabama (YEDLA0000915-0000916).
- Written statement of Michael K. Siegling taken by Investigator Daniel Wilkerson, Huntsville Fire Department, regarding the fire on September 22, 2010 at the Country Inn and Suites, 4880 University Drive, Huntsville, Alabama (YEDLA0000917-0000918).

Claims

- Standard Form 95, Claim for Damage, Injury, or Death, submitted to the Federal Bureau of Investigation, 935 Pennsylvania Avenue, NW Washington, DC, by Acadia Insurance Company a/s/o Yedla Management Co. c/o McCathern Mooty Grinke, LLP, Paul A. Grinke, 3710 Rawlins Street, Suite 1600, Dallas, Texas 75219, Legal Counsel for Claimant, signed by Paul A. Grinke on August 1, 2012 (YEDLA000919-000920).
- Redacted electronic mail *"RE: Yedla Management 10070791 FBI file"* dated January 31, 2011 and redacted correspondence from Jamie P. Cooper, attorney at Martin, Disiere, Jefferson & Wisdom LLC to Union Insurance Company (YEDLA002032-002040).

Court Documents

- Plaintiff's Original Complaint, Acadia Insurance Co., As Subrogee of Yedla Management Co., Inc. & Hospitality Enterprises of Huntsville, Inc., d/b/a Country Inn & Suites, Plaintiff, v. United States of America and Michael Siegling, Defendants, United States District Court of the Northern District of Alabama, Huntsville Division, Case Number 5:13-cv-00895-CLS, Document 1, filed May 10, 2013.
- Acadia Insurance Company, as Subrogee of Yedla Management Company, Inc. & Hospitality Enterprises of Huntsville, Inc. d/b/a Country Inn & Suites, Plaintiff, v. United States of America and Michael Siegling, Defendants, United States District Court of the Northern District of Alabama, Huntsville Division, Case Number 5:13-cv-00895-CLS, filed May 13, 2013.
- Defendant's Combined Discovery to Plaintiff, Acadia Insurance Company, Plaintiff, v. United States of America, Defendants, United States District Court of the Northern District of Alabama, Huntsville Division, Case Number 5:13-cv-00895-CLS, November 20 2013.
- Plaintiff's Responses to Request for Admissions, Acadia Insurance Company, Plaintiff, v. United States of America, Defendant, United States District Court of the Northern District of Alabama, Huntsville Division, Case Number 5:13-cv-00895-CLS, December 20, 2013.
- Plaintiff's Objections and Answers to Interrogatories, Acadia Insurance Company, Plaintiff, v. United States of America, Defendant, United States District Court of the Northern District of Alabama, Huntsville Division, Case Number 5:13-cv-00895-CLS, December 20, 2013.

- Defendant's Second Request For Production of Documents to Plaintiff, Acadia Insurance Company, Plaintiff, v. United States of America, Defendant, United States District Court of the Northern District of Alabama, Huntsville Division, Case Number 5:13-cv-00895-CLS, January 8, 2014.
- Defendant's Third Request for Production or Inspection to Plaintiff, Acadia Insurance Company, Plaintiff, v. United States of America, Defendant, United States District Court of the Northern District of Alabama, Huntsville Division, Case Number 5:13-cv-00895-CLS, January 24, 2014.
- The Cincinnati Insurance Company, and Applied Technical Services, Inc. Plaintiffs, United States Liability Insurance Company d/b/a United States Liability Group, Defendant, United States District Court for the Middle District of Tennessee at Nashville, Case# 3:11-Cv-01169, Document 26, Filed June 6, 2012.
- Plaintiff's Expert Designations Pursuant to Fed. R. Civ. P. 26(A)(2), Acadia Insurance Company, Plaintiff, v. United States of America, Defendant, United States District Court of the Northern District of Alabama, Huntsville Division, Case Number 5:13-cv-00895-CLS, March 3, 2014.

Websites

- http://www.schmidtandclark.com/circuit-breaker-recall
- Query of 4880 University Drive, Huntsville, Alabama, 35816. Source: Bing Maps, http://www.bing.com/maps, last retrieved February 22, 2014.
- Query of Business Entity Details for Utsav, LLC, doing business as Country Inn and Suites, Huntsville, Entity Identification Number 036-936, Website http://arc-sos.state.al.us, retrieved February 22, 2014.
- Query of City of Huntsville, Business License Tax Search for Utsav, LLC, doing business as Country Inn and Suites, Huntsville, Website http://lictaxsearch.huntsvilleal.gov, retrieved February 22, 2014.

Technical References

- Clinkinbeard, K. J., & King, G. A. (2008). Spoliation: *Can the Investigator be Sued for Destruction of Evidence*? Paper presented at the International Symposium on Fire Investigation Science and Technology, ISFI 2008, Cincinnati, Ohio, May 18 -21, 2008.
- Goldberg, N. A. and Freedenberg, J.P. (2003). *"Spoliation—Avoiding Specious Claims by Plaintiffs."* Goldberg Segalla, L.L.P., New York. November 2003.
- Icove, D.J. and Haynes, G.A. 2007. *"Guidelines for Conducting Peer Reviews of Complex Fire Investigations."* (Fire and Materials Conference, San Francisco, California, January 29-31, 2007.)
- Lynch, P. A. (1997). *Watch Out for Tort Liability for Spoliation of Evidence*. Fire & Arson Investigator, International Association of Arson Investigators, Volume 47, Number 4. June 1997, pp. 17-19.

Textbooks

- DeHaan, J. D., & Icove, D. J. (2012). *Kirk's Fire Investigation* (7th Edition). Upper Saddle River, NJ: Pearson-Prentice Hall.
- Icove, D. J., Wherry, V. B., & Schroeder, J. D. (1998). *Combating Arson-for-Profit: Advanced Techniques for Investigators* (2nd Edition). Columbus, OH: Battelle Press.
- Icove, D. J., DeHaan, J. D., & Haynes, G. A. (2013). *Forensic Fire Scene Reconstruction* (3rd Edition). Upper Saddle River, N.J.: Pearson/Prentice Hall.

Guidelines and Standards

- ASTM E620. (2011). ASTM E620-11 - Standard Practice for Reporting Opinions of Scientific or Technical Experts *ASTM International Subcommittee E30.11 on Forensic Sciences*. West Conshohocken, PA: ASTM International.
- ASTM E678. (2013). ASTM E678-13 Standard Practice for Evaluation of Scientific or Technical Data *ASTM International Subcommittee E30.11 on Forensic Sciences*. West Conshohocken, PA: ASTM International.
- ASTM E860. (2013). ASTM E860-13 Standard Practice for Examining and Preparing Items That Are or May Become Involved In Criminal or Civil Litigation *ASTM International Subcommittee E30.11 on Forensic Sciences*. West Conshohocken, PA: ASTM International:
- ASTM E1020. (2013). ASTM E1020-13 Standard Practice for Reporting Incidents that May Involve Criminal or Civil Litigation *ASTM International Subcommittee E30.11 on Forensic Sciences*. West Conshohocken, PA: ASTM International.
- ASTM E1138. (1989). ASTM E1138-89: Terminology of Technical Aspects of Products Liability Litigation *Committee E30.40 on Technical Aspects of Products Liability Litigation (withdrawn 1995)*. West Conshohocken, PA: ASTM International.
- ASTM E1188. (2011). ASTM E1188-11 Standard Practice for Collection and Preservation of Information and Physical Items by a Technical Investigator *ASTM International Subcommittee E30.11 on Forensic Sciences*. West Conshohocken, PA: ASTM International.
- ASTM E1459. (2013). ASTM E1459-13 Standard Guide for Physical Evidence Labeling and Related Documentation *ASTM International Subcommittee E30.11 on Forensic Sciences*. West Conshohocken, PA: ASTM International.
- ASTM E1492. (2011). ASTM E1492-11 Standard Practice for Receiving, Documenting, Storing, and Retrieving Evidence in a Forensic Science Laboratory *ASTM International Subcommittee E30.11 on Forensic Sciences*. West Conshohocken, PA: ASTM International.
- ASTM E2187. (2009). ASTM E2187-09. Standard Test Method for Measuring the Ignition Strength of Cigarettes. A*STM International Subcommittee E05.15 on Furnishings and Contents*. West Conshohocken, PA: ASTM International.
- NFPA 72 (2013). National Fire Alarm and Signaling Code, 2013 Edition. National Fire Protection Association, Quincy, MA.
- NFPA 921. (2014). *NFPA 921--Guide for Fire and Explosion Investigations*. Quincy, MA: National Fire Protection Association.

- NFPA 1033. (2014). NFPA 1033--Standard for Professional Qualifications for Fire Investigator. Quincy, MA: National Fire Protection Association.
- NIJ. 2000. Fire and Arson Scene Evidence: A Guide for Public Safety Personnel (Office of Justice Programs, Trans.) Technical Working Group on Fire/Arson Scene Investigation (TWGFASI) (pp. 48). Washington, DC: National Institute of Justice.

## APPENDIX B – EXPERT QUALIFICATIONS AND PUBLICATIONS

### DAVID J. ICOVE, Ph.D., P.E., CFEI

P.O. Box 1348
Knoxville, Tennessee 37901-1348
Phone: (865) 693-4361
Fax:   (865) 693-4369



## EDUCATION
- B.S., Electrical Engineering, University of Tennessee, Knoxville (1971)
- M.S., Electrical Engineering, University of Tennessee, Knoxville (1974)
  Thesis: *FEDAP: The Fire Engineering Data Analysis Program*
- B.S., Fire Protection Engineering, University of Maryland, College Park, Maryland (1975)
  Thesis: *Application of Pattern Recognition to Arson Investigation*
- Ph.D., Engineering Science and Mechanics, University of Tennessee, Knoxville (1979)
  Dissertation: *Principles of Incendiary Crime Analysis*

## PROFESSIONAL REGISTRATION
- Professional Engineer, State of Alabama, 2010, License No. 31381
- Professional Engineer, State of Arkansas, July 20, 2010, License No. 14304
- Professional Engineer, State of Florida, May 31, 2013, License No. 76243
- Professional Engineer, State of Louisiana, May 20, 2010, License No. 0035454
- Professional Engineer, State of Maryland, July 1, 2010, License No. 39316
- Professional Engineer, State of Nebraska, February 28, 2011
- Professional Engineer, State of New Hampshire, May 31, 2013, License No. 14094
- Professional Engineer, State of North Carolina, February 14, 2011, License No. 037613
- Professional Engineer, State of Pennsylvania, January 7, 2010, License No. PE077385
- Professional Engineer, State of South Carolina, July 11, 2011, License No. 29180
- Professional Engineer, State of Tennessee, Feb. 25, 1984, License No. 16650
- Professional Engineer, State of Texas, November 24, 2009, License No. 104460
- Professional Engineer, State of Virginia, Oct. 1, 1984, License No. 15062
- Professional Engineer, State of Wisconsin, March 11, 2013, License No. 42851-6
- Certified Fire and Explosion Investigator, National Association of Fire Investigators, June 28, 2006, Rec. No. 7271-5469

## EXPERIENCE
Oct. 2009 – Present       <u>Research Professor</u>
Oct. 1995 – Sep. 2009     <u>Adjunct Assistant Professor</u>
Jan. 1980 – Jan. 1984     <u>Instructor</u>
                          Department of Electrical Engineering and Computer
                          Science, The University of Tennessee, Knoxville
                          <u>Courses taught:</u>
                          ECE 301/302 - Circuits, Electronics, Instruments
                          EF 230 - Computer Solution Engineering Problems

EF 402 - Electrical Engineering for the FE Exam
ME 495 - Enclosure Fire Dynamics
ECE 491/599 - Introduction to Pattern Recognition
ECE 599 - Fire Modeling and Visualization
ECE 599 - Pattern Recognition/Forensic Engineering
ECE 692 - Pattern Recognition/Cluster Analysis

| | |
|---|---|
| Dec. 2004 – Present | <u>Adjunct Faculty</u><br>Professional Master of Fire Protection Engineering<br>The University of Maryland, College Park, MD<br><u>Courses taught</u>:<br>ENFP 629D (Forensic Fire Analysis)<br>ENFP 629M (Performance Based Fire Codes Analysis) |
| Sep. 2012 – Present | <u>Adjunct Faculty</u><br>University of New Haven<br>The Henry C. Lee College of Criminal Justice and Forensic Sciences<br>Courses taught:<br>NSP 607 (Architecture of Protected Information) |
| Mar. 2006 – Present | <u>Reserve Deputy Sheriff</u><br>Fire Investigations Bureau<br>Knox County Sheriff's Department<br>Knoxville, Tennessee |
| 1998 – Present | <u>President/Manager</u><br>Icove and Associates, LLC<br>Knoxville, Tennessee |
| Dec. 1993 – Dec. 2005 | <u>Federal Law Enforcement Agent</u><br>Criminal Investigations Division<br>U.S. Tennessee Valley Authority Police<br>Knoxville, Tennessee |
| Mar. 1984 – Dec. 1993 | <u>Program Manager</u>, GM-1801-15<br>Arson and Bombing Investigative Services Sub-unit<br>Federal Bureau of Investigation<br>Behavioral Science Unit, Quantico, Virginia |
| Oct. 1979 – Dec. 1983 | <u>Supervisor</u>, Arson Task Force<br>Knoxville Police Department, Knoxville, Tennessee |
| Mar. 1978 – Sep. 1979 | <u>Investigator</u>, Ohio State Fire Marshal's Office<br>Reynoldsburg, Ohio |

| Aug. 1976 – Mar. 1978 | <u>Investigator</u>, Tennessee State Fire Marshal's Office Knoxville, Tennessee |
| Aug. 1971 – May 1975 | <u>Engineer</u>, U.S. Navy, Hyattsville, Maryland (See dates above on leave for additional degrees) |

## STUDENT THESIS / DISSERTATION COMMITTEE MEMBERSHIPS

- Jonathan Daniel Hatcher, M.S., 2007, Electrical and Computer Engineering, University of Tennessee, Non-Thesis option, Committee: D.W. Bouldin, Syed K. Islam, and D.J. Icove.
- Christopher Noel Carroll, M.S., 2006, Electrical and Computer Engineering, University of Tennessee, Non-Thesis option, Committee: D.W. Bouldin, D.J. Icove, and M. Ferdjallah.
- Sara Noel Abdulla, M.S., 2006, Industrial Engineering, University of Tennessee, *Analysis of Information Networks of Freshmen Engineering Students*, Committee: D.F. Jackson, D. Kong, and D.J. Icove.
- Joseph D. Barnes, M.S., 2006, Electrical and Computer Engineering, University of Tennessee, Non-Thesis option, Committee: D.W. Bouldin, J.R. Roth, D.J. Icove.
- Ronnie Chai, M.S., 2006, Electrical and Computer Engineering, University of Tennessee, Non-Thesis option, Committee: P.B. Crilly, D.W. Bouldin, D.J. Icove.
- W. Reid Williams, M.S., 2005, Engineering Science, University of Tennessee, *A Validation Simulation of a Large Pool Fire*, Committee: A.J. Baker, D.J. Icove, and C. Collins.
- Frederic J. Snow, Ph.D., 2004, Anthropology, University of Tennessee, *Geometric Morphometry Analysis of the Scapula: Implications for the Determination of Sex and Ancestry*, Committee: W. M. Bass, R.L. Jantz, D.J. Icove, W. Klippel.
- Jeffrey N. Krumm, M.S., 2004, Electrical and Computer Engineering, University of Tennessee, *Calculated Combustion: An Investigation of Electronic Equipment Tenability in Data Center Fires*, Committee: G. Peterson, D.J. Icove, and A.J. Baker.
- J. Andrew Ridnour, Ph.D., 2003, Mechanical Engineering, University of Tennessee, *Methodology for Evaluating Vehicle Fatigue Life and Durability*, Committee: J. Freeman, J.A.M. Boulet, D.J. Icove, and J. Landes.
- Angi M. Christensen, M.A., 2000, Anthropology, University of Tennessee, *Debunking the Spontaneous Human Combustion Myth: Experiments in the Combustibility of the Human Body*, Committee: W. M. Bass, D.J. Icove, R.L. Jantz, L.W. Konigsberg.

## FUNDED RESEARCH PROEJCTS

- U.S. Nuclear Regulatory Commission, 2010-2011. $48,121, *"Fire Modeling for Nuclear Engineering Professionals,"* Nuclear Education Grant Number EDU 10-002,
- National Institute of Justice, 1998, *"Cybercrime Cyberterrorism Study,"* Tennessee Valley Authority, $65,000, Grant Number 98-MU-CX-A076. An Assessment Study on Technologies, Resources, and Law Enforcement.

❑ Federal Emergency Management Agency, 1995-2001, $450,000. "*Trip Kit*." Development of the Transportable Rapid Information Package for fire scene assessment and documentation.

❑ U.S. Department of Defense, National Computer Security Center, Project CASIAT, $450,000. "*Computer Assisted Security and Investigative Analysis Toolkit*."

❑ National Institute of Standards and Technology, 1974, $500, support for "*Fire Engineering Data Analysis Program* (FEDAP)."

## PATENTS

❑ U.S. Patent US 8,594,979 B2, D.J. Icove and C.T. Lyster, "Handheld And Imbedded Devices to Detect Sticky Devices Using Magnets" Nov. 26, 2013

❑ U.S. Patent 8,493,212, D.J. Icove, C.T. Lyster, and D.M. Banwarth, "Passive Microwave System and Method for Protecting a Structure from Fire Threats," July 23, 2013.

❑ U.S. Patent 8,429,153, J.D. Birdwell, T.W. Wang, D.J. Icove, R. Horn, D.V. Stansberry, C.G. Sapp, and M.S. Rader, "Method and Apparatus for Classifying Known Specimens and Media Using Spectral Properties and Identifying Unknown Specimens and Media," April 23, 2013.

❑ U.S. Patent 8,396,870, J.D. Birdwell, T.W. Wang, R.D. Horn, D.J. Icove, S.P. Horn, R. Horn, D.V. Stansberry, and M.S. Rader, "Method And Apparatus for Predicting Object Properties and Events Using Similarity-Based Information Retrieval and Modeling," March 13, 2013.

❑ U.S. Patent 8,392,418, J.D. Birdwell, T.W. Wang, R.D. Horn, D.J. Icove, and S.P. Horn, "Method And Apparatus for Predicting Object Properties and Events Using Similarity-Based Information Retrieval and Modeling," February 12, 2013.

❑ U.S. Patent 8,375,032, J.D. Birdwell, T.W. Wang, R.D. Horn, D.J. Icove, S.P. Horn, and M.S. Rader, "Method and Apparatus for Predicting Object Properties and Events Using Similarity-Based Information Retrieval and Modeling," February 12, 2013.

❑ U.S. Patent 8,212,671. D.J. Icove and C.T. Lyster, "Passive Microwave Speed and Intrusion Detection System," July 3, 2012.

❑ U.S. Patent 8,099,733. J.D. Birdwell, T.W. Wang, R.D. Horn, P. Yadav, and D.J. Icove, "Parallel Data Processing Architecture," January 17, 2012.

❑ U.S. Patent 8,060,522. J.D. Birdwell, T.W. Wang, R.D. Horn, P. Yadav, and D.J. Icove, "Parallel Data Processing Architecture," November 15, 2011.

❑ U.S. Patent 8,049,620. D.J. Icove and C.T. Lyster, "Passive Microwave Fire and Intrusion Detection System Including Black Body and Spectral Emission at the Hydrogen, Hydroxyl and Hydrogen Chloride Lines," November 1, 2011.

❑ U.S. Patent 8,044,798. D.J. Icove and C.T. Lyster, "Passive Microwave Speed and Intrusion Detection System," October 25, 2011.

❑ U.S. Patent 8,013,745. D.J. Icove, M.B. Zemel, C.T. Lyster and N. Feld, "Passive Microwave Assessment of Human Body Core to Surface Temperature Gradients and Basal Metabolic Rate, September 6, 2011.

❑ U.S. Patent 7,884,717. D.J. Icove and C.T. Lyster, "Passive Microwave Fire and Intrusion Detection System, February 8, 2011.

❑ U.S. Patent 7,882,106. J.D. Birdwell, T.W. Wang, R.D. Horn, P. Yadav, and D.J. Icove, Method of Indexed Storage and Retrieval of Multidimensional Information, February 1, 2011.

❑ U.S. Patent 7,724,134. D.J. Icove and C.T. Lyster, "Passive Microwave Fire and Intrusion Detection System," May 25, 2010.
❑ U.S. Patent 7,454,411. J.D. Birdwell, T.W. Wang, R.D. Horn, P. Yadav, and D.J. Icove, "Parallel Data Processing Architecture," November 18, 2008.
❑ U.S. Patent 7,272,612. J.D. Birdwell, T.W. Wang, R.D. Horn, P. Yadav, and D.J. Icove, "Method of Partitioning Data Records," September 18, 2007.
❑ U.S. Patent 6,741,983. J.D. Birdwell, T.W. Wang, R.D. Horn, P. Yadav, and D.J. Icove, "Method of Indexed Storage and Retrieval of Multidimensional Information," May 25, 2004.

## TECHNICAL COMMITTEE MEMBERSHIPS

❑ *NFPA 921* "Technical Committee on Fire and Explosion Investigations," Member 1992, reappointed to present, and liaison member to *NFPA 901*, Fire Incident Reporting
❑ *NFPA 901* "Fire Incident Reporting," Chairperson, March 2013.
❑ National Institute of Justice (NIJ), Technical Working Group Publications
  o *Fire and Arson Scene Evidence: A Guide for Public Safety Personnel (June 2000)*
  o *Electronic Crime Scene Investigation: A Guide for First Responders" (July 2001)*
❑ American Society for Testing and Materials (ASTM),
  o Committee E05 on *Fire Testing*, Member 2000 to present
  o Committee E30.11 on *Interdisciplinary Forensic Science Standards*, 2009 to present
  o Committee E58 on *Forensic Engineering*, 2009 to present.
❑ Underwriters Laboratory, Inc. "Fire Advisory Council," Member 2005 to present.
❑ International Code Council, "Log Cabin Committee," Member 2010 to present.
❑ Science Advisory Committee, National Association of State Fire Marshals, Member 2011 to present
❑ Editorial Review Committee, Fire and Arson Investigator Journal, International Association of Arson Investigator, Member 2010 to present
❑ City of Knoxville, Building Board of Adjustments and Appeals, representative of the Fire Service. Member.

## PROFESSIONAL ASSOCIATION MEMBERSHIPS

❑ Institute of Electrical and Electronic Engineers (IEEE), Member since 1971, Senior Member since 2000.
❑ Society of Fire Protection Engineers (SFPE), Member since 1971, Fellow since 2011.
❑ International Association of Arson Investigators (IAAI), Member since 1973.
❑ National Fire Protection Association (NFPA), Member since 1979.
❑ American Society for Industrial Security (ASIS), Member since 1984.
❑ International Association of Bomb Technicians and Investigators (IABTI), Member since 1988.
❑ International Homicide Investigators Association (IHIA), Charter Member since 1989.
❑ National Society of Professional Engineers (NSPE), Member since 1997.
❑ National Arson Forum, Charter member since 1986.
❑ Society of Police Futurists International (PFI), Charter Member since 1991.
❑ Presidents Club, University of Tennessee, Member since 1998.

❑ American Society for Testing and Materials (ASTM), Member since 2000.
❑ National Association of Fire Investigators (NAFI), Member since 2001.
❑ International Code Council (ICC), Member since 2009.

## TEXTBOOKS

❑ J.D. DeHaan and D.J. Icove. 2012. *Kirk's Fire Investigation*, 7th Edition (Prentice Hall, Upper Saddle River, New Jersey)

❑ D.J. Icove, J.D. DeHaan, and G.A. Haynes. 2013. *Forensic Fire Scene Reconstruction*, 3rd Edition (Prentice Hall, ISBN 0-13-222857-2, Upper Saddle River, New Jersey, 2009.)

❑ D.J. Icove. 2006. *Forensics in Fire* (Harcourt Education, 2006 ISBN 1869703871, 9781869703875.)

❑ D.J. Icove, C.M. Blocher, and J.D. DeHaan. 2002. *Instructor's Manual to Kirk's Fire Investigation*, 5th Edition. (Prentice Hall, ISBN 0-13-060458-5, Upper Saddle River, NJ, 2002.)

❑ D.J. Icove, V.B. Wherry and J.D. Schroeder. 1998. *Combating Arson-for-Profit: Advanced Techniques for Investigators, 2nd Edition*. (Battelle Press, ISBN 0-934550-2, Columbus, OH, 1998.)

❑ L. Koch and D.J. Icove, editors. 1992. *Book of Selected Articles for Arson Investigators*, 1992 edition. (International Association of Arson Investigators, St. Louis, MO, 1992.)

❑ D.J. Icove, editor 1984, 1992 *Incendiary Fire Analysis and Investigation*. Open Learning Fire Service Program, Federal Emergency Management Agency, U.S. Fire Administration, Washington, D.C. (Ginn Custom Publishing Program, 1984; republished January 1992.)

## TEXTBOOK CHAPTERS

❑ A.D. Sapp, T.G. Huff, G.P. Gary, and D.J. Icove. 1998. *"Arson and Fire-Related Crime Factors"* in V.B. Van Hasselt and M. Hersen, editors, *Handbook of Psychological Approaches with Violent Offenders*. (Plenum Publishing Corp., New York, NY, ISBN 0-306-45845-4, 1998.)

❑ A.D. Sapp, T.G. Huff, G.P. Gary, and D.J. Icove. 1998. *"Arson and Fire-Related Crime Factors"* in V.B. Van Hasselt and M. Hersen, editors, *Handbook of Psychological Approaches with Violent Offenders*. (Plenum Publishing Corp., New York, NY, ISBN 0-306-45845-4, 1998.)

❑ D.J. Icove and M.H. Estepp. 1997. *"Motive-Based Offender Profiles of Arson and Fire-Related Crimes"* in Part VIII-Property Crime, *Criminal Detection and the Psychology of Crime*. (Ashgate-Dartmouth, Brookfield, VT, ISBN 1-85521-963-8, 1997.)

❑ D.J. Icove, G.P. Gary, T.G. Huff, A.D. Sapp. 1995. *"A Motive-Based Offender Analysis of Serial Arsonists,"* *The Investigation & Prosecution of Arson*, 2nd ed. (California District Attorneys Association, CA, 1995.)

❑ D.J. Icove, J.E. Douglas, G. Gary, T.G. Huff, and P.A. Smerick. 1993. *"Arson"* in J.E. Douglas et al., *Crime Classification Manual*. (Lexington Books, New York, 1993.)

❑ J.L. Bryan and D.J. Icove. 1983. *"Recent Advances in Computer Assisted Arson Investigation,"* Chapter 23 in *The Social and Economic Consequences of Residential*

*Fires*." Chester Rapkin, editor. (Lexington Books, Lexington, Massachusetts, ISBN 0-669-04362-1, 1983.)

❑ D.J. Icove and M.M. Gohar. 1979. Chapter in "*Fire Investigation Photography*," in ***Fire Investigation Handbook***. (National Bureau of Standards, Washington, D.C., 1979.)

## PAPERS

❑ A.T. Tinsley, E.G. Burdette, & D.J. Icove. 2013. *Structural Deformations as an Indicator of Fire Origin*. Journal of Performance of Constructed Facilities.

❑ J.D. DeHaan, D.J. Icove, R. Crim, J.L. Blankenship. 2010. "Burning *for Profit: Putting it all Together."* (ISFI 2010, International Symposium on Fire Investigation Science and Technology, College Park, Maryland, September 27-29, 2010)

❑ D.J. Icove, G.E. Gorbett, J.D. Birdwell, and R.E. Merck. 2010. *"Fire Modeling:  Best Practices for Constructing Academic High Performance Computing Clusters."* (ISFI 2010, International Symposium on Fire Investigation Science and Technology, College Park, Maryland, September 27-29, 2010)

❑ D.J. Icove and B.P. Henry. 2010. *"Expert Report Writing:  Best Practices for Producing Quality Reports."* (ISFI 2010, International Symposium on Fire Investigation Science and Technology, College Park, Maryland, September 27-29, 2010)

❑ A.T. Tinsley, M. Whaley, and D.J. Icove. 2010.  *"Analysis of Hay Clinkers as an Indicator of Fire Cause."* (ISFI 2010, International Symposium on Fire Investigation Science and Technology, College Park, Maryland, September 27-29, 2010)

❑ A.T. Tinsley and D.J. Icove. 2008. "*An Assessment of the Use of Structural Deformation as a Method for Determining Area of Fire Origin.*" (ISFI 2008, International Symposium on Fire Investigation Science and Technology, Cincinnati, Ohio, May 19-21, 2008)

❑ D.J. Icove and M.W. Dalton. 2008. "*A Comprehensive Prosecution Report Format for Arson Cases.*" (ISFI 2008, International Symposium on Fire Investigation Science and Technology, Cincinnati, Ohio, May 19-21, 2008)

❑ D.J. Icove and C.T. Lyster. 2007. *"Passive Microwave Fire Detection:A Survey and Assessment,*" (11th International Conference on Fire Scene and Engineering, University of London, Royal Holloway College, United Kingdom, September 3-5, 2007.)

❑ D.J. Icove and G.A. Haynes. 2007. "*Guidelines for Conducting Peer Reviews of Complex Fire Investigations.*" (Fire and Materials Conference, San Francisco, California, January 29-31, 2007.)

❑ D.J. Icove and J.D. DeHaan. 2006. "*Hourglass Burn Patterns: A Scientific Explanation for their Formation*," (International Symposium on Fire Investigation Science and Technology, Cincinnati, Ohio, June 26-28, 2006.)

❑ D J. Icove, H.E. Welborn, A.J. Vonarx, E.C. Adams, J.R. Lally, T.G. Huff. 2006. *"Scientific Investigation and Modeling of Prehistoric Structural Fires at Chevelon Pueblo."* (International Symposium on Fire Investigation Science and Technology, Cincinnati, Ohio, June 26-28, 2006.)

❑ D.J. Icove and J.D. DeHaan. 2004. "*NFPA 921's Impact on Fire Scene Reconstructions,*" *Fire Protection Engineering Magazine*, (Society of Fire Protection Engineers, Bethesda, Maryland, Vol. 21, pp. 10-16. Winter 2004)

❑ A.M. Christensen and D.J. Icove. 2004. *"The Application of NIST's Fire Dynamics Simulator to the Investigation of Carbon Monoxide Exposure in the Deaths of Three Pittsburgh Fire Fighters,"* (*Journal of Forensic Science*, Vol. 49, No.1, January 2004.)

❑ T.G. Huff, G.P. Gary, D.J. Icove. 2001. *"The Myth of Pyromania," Fire and Arson Investigator*, (International Association of Arson Investigators, Bridgeton, MO, Vol. 51, No. 1, October 2001, pp. 28-37.)

❑ H. Stambaugh, D.S. Beaupre, D.J. Icove, R. Baker, W. Cassaday, and W.P. Williams. 2001. *"Electronic Crime Needs Assessment for State and Local Law Enforcement,"* National Institute of Justice, U.S. Department of Justice, Office of Justice Programs, National Institute of Justice, NCJ 186276. March 2001.)

❑ T.G. Huff, G.P. Gary, D.J. Icove. 2001. "The Myth of Pyromania," Fire and Arson Investigator, (International Association of Arson Investigators, Bridgeton, MO, Vol. 51, No. 1, October 2001, pp.28-37.)

❑ H. Stambaugh, D.S. Beaupre, D.J. Icove, R. Baker, W. Cassaday, and W.P. Williams 2001. *"Electronic Crime Needs Assessment for State and Local Law Enforcement,"* National Institute of Justice, U.S. Department of Justice, Office of Justice Programs, National Institute of Justice, NCJ 186276. March 2001

❑ D.J. Icove & J.D. DeHaan, 1998. *"Forensic Fire Scene Reconstruction,"* (National Fire Protection Association, Fall Meeting, Atlanta, GA, Nov. 17, 1998.)

❑ D.J. Icove. 1997. *"Collaring Cybercrooks: An Investigator's View,"* IEEE Spectrum. (New York, NY, Institute of Electrical and Electronic Engineers, June 1997.)

❑ J.D. Birdwell, D. Wiggins, L. Leedy, G. Larsen, and D. Icove. 1997. *"Wide Area Information Servers in Secure Environments."* (Office of National Drug Control Policy (ONDCP) Symposium, 1997) see: www.lit.net/ondcp/wais.html.

❑ D.J. Icove. 1995. *"Fire Scene Reconstruction"*, First International Symposium on the Forensic Aspects of Arson Investigations, Federal Bureau of Investigation, Fairfax, Virginia, July 31, 1995.

❑ D.J. Icove, & S.A. Kelly. 1993. *"Total Quality in Arson Unit Management: A Blueprint for Public Safety Managers,"* IAFC On Scene. (Washington, D.C., International Association of Fire Chiefs, April 15, 1993.)

❑ D.J. Icove. 1990. *"Safeguarding Computer Centers,"* Security Management. (American Society for Industrial Security, Arlington, VA, 1990.)

❑ D.J. Icove and P.R. Horbert. 1990. *"Serial Arsonists: An Introduction,"* The Police Chief. (International Association of Chiefs of Police, Washington, D.C., Vol. 57, No. 12, December 1990.)

❑ D.J. Icove and R. Gilman. 1989. *"Arson Reporting Immunity Laws,"* FBI Law Enforcement Bulletin. (U.S. Department of Justice, Washington, D.C., Vol. 58, No. 6, September 1989.) Republished in National Fire and Arson Report. (Charlotte, NC, Vol. 7, No. 5, 1989.)

❑ K.A. Seger and D.J. Icove. 1988. *"Power Theft: The Silent Crime,"* FBI Law Enforcement Bulletin. (U.S. Department of Justice, Washington, D.C., March 1988.)

❑ D.J. Icove and M.H. Estepp. 1987. *"Motive-Based Offender Profiles of Arson and Fire-Related Crimes,"* FBI Law Enforcement Bulletin. (U.S. Department of Justice, Washington, D.C., April 1987.)

❑ D.J. Icove. 1986. "*Automated Crime Profiling*," FBI Law Enforcement Bulletin. (U.S. Department of Justice, Washington, D.C., December 1986.) Republished in National Fire and Arson Report. (Charlotte, NC, Vol. 5, No. 3, 1987.)

❑ D.J. Icove and M.O. Soliman. 1983. "*Computer-Assisted Arson Information Management.*" (Washington, D.C., The International Fire Chief, Vol. 49, No. 12, December, 1983.)

❑ J.L. Bryan and D.J. Icove. 1977. "*Recent Advances in Computer-Assisted Arson Investigation,*" Fire Journal. (National Fire Protection Association, Quincy, MA, Vol. 71, No. 1, January 1977.) Republished in Fire & Arson Investigator. (International Association of Arson Investigators, St. Louis, MO, Vol. 32, No. 2, 1977.)

❑ D.J. Icove and H.J. Crisman. 1975. "*Application of Pattern Recognition to Arson Investigation,*" Fire Technology. (National Fire Protection Association, Quincy, MA, Vol. 37, No. 4, February 1975.)

❑ D.J. Icove, T.W. Reddock and D. Monro. 1974. "*Mathematical Characterization of the MIRS Fire Reporting System,*" 6th Annual Systems Symposium. (Institute of Electrical and Electronic Engineers, Baton Rouge, LA, February 1974.)

❑ D.J. Icove. 1973. "*The Application of ECAP to the Solution of One and Two Dimensional Heat Transfer Equations,*" Society of Naval Engineers. (Naval Ship Systems Command, Washington, D.C., March 1973.)

1/20//2014

**APPENDIX C – EXPERT WITNESS TESTIMONY—PAST FOUR YEARS**

❑ December 3, 2012 – Courtroom Testimony, Indictment Nos.: 2011-GS-39-103-104, State of South Carolina, Court of General Sessions, Thirteenth Judicial Circuit, County of Pickens; STATE OF SOUTH CAROLINA, vs. DONALD GREGORY KINSELA, Defendant (criminal case).

❑ November 27, 2012 – Expert Witness Qualification Testimony, Indictment Nos.: 2011-GS-39-103-104, State of South Carolina, Court of General Sessions, Thirteenth Judicial Circuit, County of Pickens; STATE OF SOUTH CAROLINA, vs. DONALD GREGORY KINSELA, Defendant (criminal case).

❑ June 27, 2012 – Deposition, Case Action No. PJM 09-1894, United States District Court, District of Maryland, Southern Division, THE CHARTER OAK FIRE INS. CO., Plaintiff vs. MARLOW LIQUORS, LLC, and POTOMAC ELECTRIC POWER CO., et al., Defendants (civil fire case).

❑ October 25, 2011 - Courtroom Testimony, No. 3669, COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, Pennsylvania: EDWIN BRECHBIEL, as Administrator of the Estate of KEVIN BRECHBIEL and co-Administrator of the Estates of DEXIE BRECHBIEL, KAYLA BRECHBIEL ABBY BRECHBIEL, JUSTIN BRECHBIEL and JASON BRECHBIEL and CONSTANCE C. MA YO-COLLIER, as Administratrix of the Estate of ANITA PATRICE MA YO and Co-Administratrix of the Estates of DEXIE BRECHBIEL, KAYLA BRECHBIEL, ABBY BRECHBIEL, JUSTIN BRECHBIEL and JASON BRECHBIEL and SUSAN BRECHBIEL and RUTH BRECHBIEL, v. REDMAN HOMES, INC., et al. (hearing).

❑ September 22, 2010 – Deposition, Case No. 09-04669, District Court, Dallas County, Texas, 101st Judicial District. BLANCA FLORES, INDIVIDUALLY; LEANDRO FLORES, INDIVIDUALLY; BLANCO AND LEANDRO FLORES ON BEHALF OF AND AS NEXT FRIENDS OF KATIE VICTORIA FLORES, A MINOR CHILD, IN HER INDIVIDUAL CAPACITY AND AS THE SOLE HEIR ON BEHALF OF THE ESTATES OF JOANA CARRASCO AND ESTEBAN FLORES; AND JUAN CARRASCO, INDIVIDUALLY, Plaintiffs, versus MDH REALTY INVESTMENT, LLC; LK REALTY INVESTMENT, LLC; GBK REALTY INVESTMENT, LLC; MICHAEL D. HIBBERT, INDIVIDUALLY; AND SUNRIDGE MANAGEMENT GROUP, INC., Defendants (civil fire case).

❑ May 18, 2010 – Courtroom Testimony, Case No. 6:08-cv-02115HMH, United States District Court for the District of South Carolina, Greenville Division. GENESIS PRESS, INC. AND GENESIS PUBLICATIONS, LLC, Plaintiffs, versus MAC FUNDING CORPORATION AND CAROLINA FIRST BANK, Intervenor Plaintiffs, versus HARTFORD CASUALTY INSURANCE COMPANY, Defendant (civil fire case).

- December 17, 2009 – Deposition, Case No. 6:08-cv-02115HMH, United States District Court for the District of South Carolina, Greenville Division. GENESIS PRESS, INC. AND GENESIS PUBLICATIONS, LLC, Plaintiffs, versus MAC FUNDING CORPORATION AND CAROLINA FIRST BANK, Intervenor Plaintiffs, versus HARTFORD CASUALTY INSURANCE COMPANY, Defendant (civil fire case).

- March 10, 2009 – Deposition, Case No. 3:07-cv-78-H, United States District Court for the Western District of Kentucky. BARTON BRANDS LIMITED, Plaintiff, versus O'BRIEN & GERE, INC. OF NORTH AMERICA, et al., Defendants (civil fire case).

- November 13, 2008 – Courtroom testimony, Case No. 88531, Criminal Court of Knox County, Tennessee. STATE OF TENNESSEE, Plaintiff, versus REGINALD FOWLER, ALIAS, Defendant (criminal case).

- August 7, 2008 – Deposition, Case No. 0516-CV27029, Circuit Court of Jackson County, Missouri. ST. PAUL TRAVELERS, Plaintiff, versus THE WILLIAMS-CARVER COMPANY, et al, Defendants (civil fire case).

## APPENDIX D – EXHIBITS

| REFERENCE | EXHIBIT |
|---|---|
| (1) YEDLA000467-000478 | First Report to Phil Yarbrough, Union Standard, Irving, Texas, from Jim Gowder, Adjuster-Florence Office, Cook Claims Service, Athens, Alabama, dated September 27, 2010. |
| (2) YEDLA0000915-0000916 | Written statement of Wanda Morgan taken by Investigator Daniel Wilkerson, Huntsville Fire Department, regarding events on September 23, 2010 at the Country Inn and Suites, 4880 University Drive, Huntsville, Alabama. |
| (3) YEDLA0000917-0000918 | Written statement of Michael K. Siegling taken by Investigator Daniel Wilkerson, Huntsville Fire Department, regarding the fire on September 22, 2010 at the Country Inn and Suites, 4880 University Drive, Huntsville, Alabama. |
| (4) YEDLA000919-000920 | Standard Form 95, Claim for Damage, Injury, or Death, submitted to the Federal Bureau of Investigation, 935 Pennsylvania Avenue, NW Washington, DC, by Acadia Insurance Company a/s/o Yedla Management Co. c/o McCathern Mooty Grinke, LLP, Paul A. Grinke, 3710 Rawlins Street, Suite 1600, Dallas, Texas 75219, Legal Counsel for Claimant, signed by Paul A. Grinke on August 1, 2012 |
| (5) YEDLA002032-002040 | Redacted electronic mail "RE: Yedla Management 10070791 FBI file" dated January 31, 2011 and redacted correspondence from Jamie P. Cooper, attorney at Martin, Disiere, Jefferson & Wisdom LLC to Union Insurance Company. |
| (6) YEDLA002524-002527 | Second Report to Phil Yarbrough, Union Standard Insurance, Irving, Texas, from Jim Gowder, Adjuster-Florence Office, Cook Claims Service, Athens, Alabama, dated October 21, 2010. |
| (7) YEDLA002912 | Assignment of Fire Loss by Phil Yarbrough, Staff Adjuster, Union Standard, Irving, Texas, to Cook Claims, for 4880 University Drive, Huntsville, Alabama, assigned September 23, 2010 |
| (8) YEDLA002942-002989 (photos not included are YEDLA 002990-003136) | Fire Investigation Report One and Final, by EFI Global, Inc., Insured: Country Inn & Suites, 4880 University Drive, Huntsville, Alabama 35816, September 22, 2010, Claim Number 10070791, EFI File Number 94216-08709, prepared for Union Standard Insurance Company, in care of Jim Gowder, Cook Claims, signed by Rod Williams and reviewed by Metts Hardy, October 12, 2010. |

| | |
|---|---|
| (9) YEDLA003164-003169 | Federal Rule 26 Statement of Rod Williams, EFI Global, Inc., Insured: Country Inn & Suites, 4880 University Drive, Huntsville, Alabama 35816, Date of Loss: September 22, 2010, Claim Number Not Given, EFI File Number 94216-08709, signed by Rod Williams, February 18, 2014. |
| (10) FBI000048-000051, FBI000060-0000063, FBI000070-000074, FBI000078, FBI000080-000081, FBI000118-000119, FBI000126-000127 | City of Huntsville Fire, Electrical, and Building Inspection Reports |
| (11) Case No. 3:11-cv-01169 | The Cincinnati Insurance Company, and Applied Technical Services, Inc. Plaintiffs, United States Liability Insurance Company d/b/a United States Liability Group, Defendant, United States District Court for the Middle District of Tennessee at Nashville, Case Number 3:11-cv-01169, Document 26, Filed June 6, 2012. |
| (12) Case No. 5:13-cv-00895-CLS | Plaintiff's Expert Designations Pursuant to Fed. R. Civ. P. 26(A)(2), Acadia Insurance Company, Plaintiff, v. United States of America, Defendant, United States District Court of the Northern District of Alabama, Huntsville Division, Case Number 5:13-cv-00895-CLS, March 3, 2014. |