IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DVISION

| | |
|---|---|
| ACADIA INSURANCE COMPAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| VS. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | Case No.: 5:13-CV-00895-CLS |
| ) | |
| Defendant. ) | |

## MOTION FOR *PRO HAC VICE* ADMISSION

COMES NOW Guy E. Burnette, Jr., and moves this Honorable Court for an Order admitting the undersigned attorney, *pro hac vice*, for the purpose of representing Defendant's expert, David J. Icove, Ph.D., P.E., in this action. As grounds for this motion, your movant would show unto this Honorable Court as follows:

1.  The undersigned attorney, Guy E. Burnette, Jr., is a member in good standing of the Florida Bar and has been so continuously since November 18, 1977 as reflected in Exhibit "A", attached hereto. At no time has he been reprimanded, disciplined or made the subject of any investigation by the Florida Bar or any court where he has appeared.

2.  Guy E. Burnette, Jr. is also admitted to practice before the United States Supreme Court, the Fifth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, and the Northern, Middle and Southern District Courts of Florida.

3.  Jack Hood, Esq. is a member in good standing of the Alabama Bar who practices in Birmingham, Alabama, and signs this motion in support of same.

WHEREFORE, the undersigned respectfully requests this Honorable Court to allow Guy E. Burnette, Jr. to be admitted pro hac vice for the purpose of representing Defendant's expert, David J. Icove, Ph.D., P.E., in this action.

Respectfully submitted,

*/s/ Guy Burnette, Jr.*
Guy E. Burnette, Jr., Applicant

*/s/ Jack Hood*
Jack Hood
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on July _10_, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

>Carl L. Evans, Esq.
>Paul A. Grinke, Esq.
>Attorneys for Plaintiff
>McCathern, P.L.L.C.
>Regency Plaza
>3710 Rawlins Street
>Suite 1600
>Dallas, TX 75219
>Phone: 214/741-2662
>Facsimile: 214/741-4717
>Email: cevans@mccathernlaw.com
>pgrienke@mccathernlaw.com

_/s/ Jack Hood_
Jack Hood
Assistant United States Attorney

# EXHIBIT A



# The Florida Bar

**JOHN F. HARKNESS, JR.**
**EXECUTIVE DIRECTOR**

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

In Re:   236578
Guy Ellington Burnette, Jr.
Guy E. Burnette, Jr. P.A.
3020 N. Shannon Lakes Dr.
Tallahassee, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 18, 1977.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 8th day of May, 2014.

Pam Gerard
Member Services & Records Manager
The Florida Bar

PG/LA:ksw4:R10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**OFFICE OF THE CLERK**

JESSICA J. LYUBLANOVITS
CLERK OF COURT
ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658
850.435.8440
850.433.5972 FAX

RICHARD MILDENBERGER
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Tallahassee Division

June 13, 2014

# CERTIFICATE OF GOOD STANDING

I, JESSICA J. LYUBLANOVITS, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT **Guy E. Burnette, Jr., Florida Northern District Bar Number 236578**, was duly admitted to practice in this Court on **October 6, 1982**, and is in good standing as a member of the bar of this Court.

**JESSICA J. LYUBLANOVITS, CLERK OF COURT**

*Kimberly J Westphal*

KIMBERLY J. WESTPHAL, DEPUTY CLERK

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

Gainesville Division
401 SE 1st Avenue, STE 243
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

Pensacola Division
One North Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301-7717
850.521.3501
850.521.3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769.4556
850.769.7528 FAX