FILED
 2014 Jul-16  AM 11:15
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### OF THE NORTHERN DISTRICT OF ALABAMA
### HUNTSVILLE DIVISION

| | |
|---|---|
| **ACADIA INSURANCE CO.,** § | |
| *Plaintiff,* § | |
| **v.** § | |
| § | **Cause No.: 5:13-cv-00895-CLS** |
| **UNITED STATES OF** § | |
| **AMERICA** § | |
| *Defendant.* § | |

### PLAINTIFF'S OBJECTION TO MOTION FOR *PRO HAC VICE* ADMISSION OF GUY E. BURNETTE, JR.

TO THE HONORABLE JUDGE OF SAID COURT:

Guy E. Burnette, Jr. filed a Motion for Admission Pro Hac Vice, requesting to appear for the limited purpose of representing David Icove in this matter. *See* Doc. 50 & 51. Plaintiff makes no objection to Mr. Burnette's admission pro hac vice based upon his qualifications and good standing as a member of the bar of the State of Florida. However, Plaintiff does object to the appearance of Mr. Burnette as a counsel of record in this case, as David Icove is a not a party to this lawsuit. Rather, Mr. Icove is a retained and paid expert witness designated by Defendant to testify regarding opinions Mr. Icove formulated.

Because Mr. Icove is not a party to this lawsuit, Plaintiff respectfully objects to Mr. Burnette's appearance pro hac vice as counsel of record on Mr. Icove's behalf. Plaintiff objects to Mr. Burnette questioning, either by direct or cross examination, of any witness at trial, and Plaintiff objects to Mr. Burnette making

any argument to the Court in this matter.  To allow Mr. Burnette to do so would in effect allow Defendant, who is paying Mr. Icove for his testimony, two opportunities to question each witness and argue before the Court, which is improper pursuant to the laws governing this Court and the Federal Rules of Civil Procedure.

FOR THESE REASONS, Plaintiff respectfully prays that this Court sustains the above Objection, and that Plaintiff hassuch other and further relief to which they may show themselves to be justly entitled.

Respectfully submitted,

**MCCATHERN, P.L.L.C**

By: /s/ *Paul A. Grinke*
Carl L. Evans
Alabama State Bar No. 6823-A35C
Texas State Bar No. 24056989
cevans@mccathernlaw.com
Paul A. Grinke
Texas State Bar No. 24032255
pgrinke@mccathernlaw.com
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, TX 75219
(214) 741-2662 Telephone
(214) 741-4717 Facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2014 a true and correct copy of the foregoing was served upon the following counsel via e-service:

| | |
|---|---|
| Jack Hood | Jayme Kantor, Esq. |
| Assistant United States Attorney | Assistant General Counsel |
| Attorney for Defendant United States | Federal Bureau of Investigation |
| US Attorney's Office | 935 Pennsylvania Avenue, NW |
| State Bar No. D41J | Suite 10140 |
| 1801 Fourth Avenue North | Washington, DC 20535 |
| Birmingham, AL 35203 | Phone: 202/324-7194 |
| 205-244-2103 | Email: Jayme.Kantor@ic.fbi.gov |
| 205-244-2181 – Fax | |
| Email: Jack.hood@usdoj.gov | |

**ATTORNEYS FOR DEFENDANT UNITED STATES OF AMERICA**

/s/ *Paul A. Grinke*
Paul A. Grinke