# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# HUNTSVILLE DIVISION

| | |
|---|---|
| ACADIA INSURANCE CO., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 5:13-CV-00895-CLS |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## AFFIDAVIT OF DAVID J. ICOVE, Ph.D., P.E. SUBMITTED ON BEHALF OF THE DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION OBJECTING TO *PRO HAC VICE* ADMISSION OF GUY E. BURNETTE, JR.

After being first duly sworn, the affiant deposes and declares under oath as follows:

1. Your Affiant, **DAVID J. ICOVE, Ph.D., P.E.**, is over the age of eighteen (18) years, suffers from no disability, and is otherwise fully competent to provide this Affidavit based upon his personal knowledge and belief.

2. I am currently a Registered Professional Engineer (P.E.) licensed to practice engineering in the State of Alabama.

3. I have been retained under contract in this case by the Defendant, the United States of America, as their primary expert witness. My involvement and

participation in this matter has been extensive and includes, in addition to investigating and evaluating the origin and cause of the fire and providing an evaluation of the standards of professional care employed by the Plaintiff's experts as set forth in my Rule 26 Report: (1) active consultation on the Defendant's case preparation and strategy; (2) providing outlines of issues and questions for the depositions of witnesses; (3) attending and consulting at the depositions of witnesses; (4) conducting scientific and legal research on forensic issues in this action; (5) assisting in drafting motions and legal memoranda relating to the forensic issues in this action; and (6) preparing exhibits and demonstrative evidence for use in this action.

    4.    As a routine business practice and specifically in this case, I have under retainer as my personal attorney Guy E. Burnette, Jr., an experienced attorney who is recognized as an authority on *Daubert* issues and who lectures on those issues under certification by the International Association of Arson Investigators (IAAI), serves as an adjunct faculty member at the Federal Law Enforcement Training Center/ATF National Academy, and whose legal services include representing me during the pre-trial and trial phases at *Daubert* hearings and other challenges in various jurisdictions under a special admission *pro hac vice*.

5. As the consequences of being found to have not complied with the reliability standards of Rule 702 and Daubert would adversely impact my professional reputation and standing in the forensic science community and would potentially affect my professional livelihood, I consider retaining Mr. Burnette a prudent and appropriate approach to protect my reputation as an expert witness and consultant, and my business interests.

6. In anticipation of hearings and testimony regarding Plaintiff's motion, my attorney, Mr. Burnette, has filed in this case a Motion for Admission *Pro Hac Vice*, for the specific purpose of representing me in those matters. The motion was signed and supported by Assistant United States Attorney Jack B. Hood, recognizing the anticipated assistance Mr. Burnette will provide Defendant in responding to Plaintiff's motion (Doc. 50)[1].

7. I recognize the importance of this matter for both my client, the Defendant, and for my personal and professional interests. For those reasons I request approval from the Court for my personal attorney to be granted admission *pro hac vice* to represent me at any *Daubert* hearings or other challenges during the pre-trial and trial phases of this case. (Doc. 50).

---

[1] Reference to a document number, ["Doc. __"] refers to the number assigned to each document as it is designated o the Clerk's docket for this case.

3

FURTHER AFFIANT SAYETH NOT.

Date: July 29, 2014

_____
DAVID J. ICOVE, Ph.D., P.E.

STATE OF OHIO

COUNTY OF CUYAHOGA

BEFORE ME the undersigned authority personally appeared David J. Icove, who is known to me or who produced _DAVID J. ICOVE_ as identification, and who has attested to the declarations herein and who did take an oath.

(Notarial Seal/Stamp)

_____
Notary Public
State of Ohio

My commission expires: LIFETIME COMMISSION RC 147.03