UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **ACADIA INSURANCE CO.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. CV-13-S-895-NE |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

### CLERK'S NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this case is set for a Pretrial Conference at 2:30 p.m. on Thursday, October 15, 2015, at the United States Courthouse located at 101 Holmes Avenue in Huntsville, Alabama, in accordance with the attached instructions.

Date: September 23, 2015                    SHARON HARRIS, CLERK

                                            By:    L. Waters
                                                   Deputy Clerk