# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| ACADIA INSURANCE CO., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 5:13-CV-00895-CLS |
| UNITED STATES OF AMERICA , | |
| Defendant. | |

## **DEFENDANT'S AMENDED INITIAL DISCLOSURES**

Defendant, by and through Joyce White Vance, the United States Attorney for the Northern District of Alabama and Jack Hood, Assistant U.S. Attorney, makes the following disclosures pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure:

B.  **Copy of relevant documents**[1]

1. Copies of photos received by the Alex N. Sill Company, Bates numbered 187-405.

---

[1] Copies of referenced documents will be provided by separate delivery.

1

Respectfully submitted,

JOYCE WHITE VANCE
UNITED STATES ATTORNEY

**s/ Jack Hood**
Jack Hood
Assistant United States Attorney
U.S. Attorney's Office
State Bar No. D41J
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2103
(205) 244-2181 (fax)
jack.hood@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will make delivery to:

Carl L. Evans, Esq.
Paul Grinke, Esq.
Attorney for Plaintiff
McCathern, P.L.L.C.
Regency Plaza
3710 Rawlins Street
Suite 1600
Dallas, TX  75219
Phone: 214/741-2662
Facsimile:  214/741-4717
Email: cevans@mccathernlaw.com
        pgrinke@mccathernlaw.com

**s/ Jack Hood**
Jack Hood
Assistant United States Attorney

2