# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | | |
|---|---|---|
| Acadia Insurance Co. | ) | |
| | ) | |
| v. | ) | Case No.: 5:13-cv-00895-CLS |
| United States of America | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___01/25/2016___ against ___Acadia Insurance Co.___,
                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................... | $ _____ |
| Fees for service of summons and subpoena ........................... | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 950.85 |
| Fees and disbursements for printing ................................. | 507.20 |
| Fees for witnesses *(itemize on page two)* ............................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ....................... | _____ |
| Docket fees under 28 U.S.C. 1923 .................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ..................... | _____ |
| Compensation of court-appointed experts ............................ | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .... | _____ |
| Other costs *(please itemize)* ........................................ | 63.00 |
| **TOTAL**  $ | **1,521.05** |

*SPECIAL NOTE.* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service         ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _Jack Hood — AUSA_____

Name of Attorney: Jack Hood _____

For: _____United States of America_____   Date: __01/29/2016__
              *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*         *Deputy Clerk*         *Date*

AO 133 (Rev 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924  Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed "

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree "

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
**NORTHEASTERN DIVISION**

| | |
|---|---|
| ACADIA INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL ACTION NO.<br>5:13-CV-00895-CLS |

DECLARATION OF GARY L. BROWN

I, Gary L. Brown, pursuant to Title 28, United States Code, Section 1746, declare and state as follows:

1) I am a Paralegal Specialist for the Civil Division, United States Attorney's Office for the Northern District of Alabama and my office location is in Birmingham, Alabama. One of my responsibilities includes the pre-trial preparation for civil trials, including preparation of exhibits and other photocopying for trial purposes.

2) In the above styled case, photocopies of documents were made accordingly:

A. Two (2) copies of all pleadings filed in this case. There were 2,233 pages of pleadings filed in this case (times two) for a total of 4,466 pages. The cost per

page is set at .08, for a total of $357.28.

3) Two (2) copies of all deposition transcripts in this case. There were 187 pages of deposition transcripts in this case (times two) for a total of 374 pages. The cost per page is set at .08, for a total of $29.92.

4) Six (6) copies of all trial exhibits prepared for trial, bound and presented to the Court and Plaintiff's counsel at trial. There were 250 pages of trial exhibits in this case (times six) for a total of 1,500 pages. The cost per page is set at .08, for a total of $120.00.

5) "Other costs" associated with the preparation of this case for trial included affixing seven exhibits to foam board for presentation to the Court, for a cost of $63.00. (See attached invoice).

6) The total costs of photocopying for this case, as set forth above is $507.20.

7) The true and actual costs of transcripts for depositions taken in this case is $950.85 as set forth in the invoices attached to this Bill of Costs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of January, 2016.

GARY L. BROWN
Paralegal Specialist

# EXHIBIT B



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 516164 | 5/13/2014 | 203534 |
| Job Date | Case No. | |
| 4/22/2014 | 5:13-CV-00895-CLS | |
| Case Name | | |
| Acadia Insurance Co., et al v United States of America | | |
| Payment Terms | | |
| 3% Discount If Paid in 30 Days | | |

Deposition and Litigation Services
www.hglitigation.com   1-888-656-DEPO (3376)

PAID BY   V (T) D
NUMBER: CE1888
DATE: 7/3/14

Jack Hood
US Attorney's Office
1801 Fourth Ave
Briningham, AL  35203

IRS 1099  (Y) N

---

EMAILED TRANSCRIPT OF:

Doug Smith — DCN: 25089

|   |   |   |   |
|---|---|---|---|
| 23.00 Pages | @ | 2.70 | 62.10 |
| EXPERT/TECHNICAL/VIDEO 23.00 Pages | @ | 0.30 | 6.90 |
| PROCESSING & PRODUCTION | | 60.00 | 60.00 |

TOTAL DUE >>>   $129.00

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days. We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days. You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation. We appreciate your business!!

I certify that these goods and/or services were received on 5/14/14 (date) and accepted on 5/14/14 (date). Invoice is correct as billed.

*[Signature: Jack Hood]*
Name and Title
AUSA

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 129.00 |

Tax ID: 75-2912774                                                         Phone:   Fax:

*Please detach bottom portion and return with payment*

---

Partial Payment

Jack Hood
US Attorney's Office
1801 Fourth Ave
Briningham, AL  35203

I certify that these goods and/or services were received on above certified dates. Oral purchase authorized and no confirming order has been issued.

DC No  N99 25089          Call No.  N/A
Acct Class  OE4001        Obj Class  2508
Amount  129.00            Register  99

*[Signature]*  7/2/14
Approving Official    Date

| | | | |
|---|---|---|---|
| Job No. | : 203534 | BU ID | : DAL |
| Case No. | : 5:13-CV-00895-CLS | | |
| Case Name | : Acadia Insurance Co., et al v United States of America | | |
| Invoice No. | : 516164 | Invoice Date | : 5/13/2014 |
| Total Due | : $129.00 | | |

Remit To:  Henjum Goucher Reporting Services LP
2501 Oak Lawn Avenue
Suite #600
Dallas, TX  75219

**PAYMENT WITH CREDIT CARD**     AMEX  [  ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:



Deposition and Litigation Services
www.hglitigation.com   1-888-656-DEPO (3376)

*PAID BY   V (T) D
NUMBER: CE18381
DATE: 7/3/14

Jack Hood
US Attorney's Office
1801 Fourth Ave
Briningham, AL 35203

IRS 1099  (Y) N

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 516166 | 5/13/2014 | 203538 |
| Job Date | Case No. | |
| 4/21/2014 | 5:13-CV-00895-CLS | |
| Case Name | | |
| Acadia Insurance Co., et al v United States of America | | |
| Payment Terms | | |
| 3% Discount if Paid in 30 Days | | |

EMAILED TRANSCRIPT OF:

| Dan Wilkerson — DCN: 25089 | 99.00 | Pages | @ | 2.70 | 267.30 | ✓ |
| EXPERT/TECHNICAL/VIDEO | 99.00 | Pages | @ | 0.30 | 29.70 | ✓ |
| PROCESSING & PRODUCTION | | | | 60.00 | 60.00 | |
| EXHIBITS - HARD COPY | 137.00 | | @ | 0.45 | 61.65 | ✓ |
| EXHIBITS - COLOR | 35.00 | | @ | 2.00 | 70.00 | ✓ |
| | | | TOTAL DUE >>> | | $488.65 | ✓ RB |

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days. We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days. You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation. We appreciate your business!!

I certify that these goods and/or services were received on 5/14/14 (date) and accepted on 5/14/14 (date). Invoice is correct as billed.

Jack Hood
Name and Title

(-) Payments/Credits:  0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:  488.65

Tax ID: 75-2912774                                                   Phone:    Fax:

*Please detach bottom portion and return with payment.*

Partial Payment

Jack Hood
US Attorney's Office
1801 Fourth Ave
Briningham, AL 35203

I certify that these goods and/or services were received on above certified dates. Oral purchase authorized and no confirming order has been issued.

DC No. N9925089       Call No  N/A
Acct Class OE4001    Obj Class 2508
Amount  488.65        Register  99

Chris M Davis  7/2/14
Approving Official   Date

Job No.  : 203538         BU ID    : DAL
Case No. : 5:13-CV-00895-CLS
Case Name : Acadia Insurance Co., et al v United States of America
Invoice No. : 516166    Invoice Date : 5/13/2014
Total Due : $488.65

**PAYMENT WITH CREDIT CARD**   AMEX  [  ]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  Henjum Goucher Reporting Services LP
2501 Oak Lawn Avenue
Suite #600
Dallas, TX 75219

# INVOICE



U.S. ... NORTHERN ... OF AL...
2014 JUN 25 PM 12:30

Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

PAID BY   V  (T)  D
NUMBER: CE18389
DATE: 7/3/14

Jack Hood
US Attorney's Office
1801 Fourth Ave
Briningham, AL  35203

IRS 1099  (Y)   N

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 516165 | 5/13/2014 | 203536 |
| Job Date | Case No. | |
| 4/22/2014 | 5:13-CV-00895-CLS | |

| Case Name |
|---|
| Acadia Insurance Co., et al v United States of America |

| Payment Terms |
|---|
| 3% Discount if Paid in 30 Days |

EMAILED TRANSCRIPT OF:

Skip Stinson — DCN: 25089       14.00 Pages  @  2.70   37.80
  EXPERT/TECHNICAL/VIDEO          14.00 Pages  @  0.30    4.20
  PROCESSING & PRODUCTION                         60.00   60.00

**TOTAL DUE >>>    $102.00**

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days. We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days. You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation. We appreciate your business!!

I certify that these goods and/or services were received on 5/14/14 (date) and accepted on 5/14/14 (date), invoice is correct as billed.

*[signature]* Jack Hood
Name and Title

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:       102.00

Tax ID: 75-2912774                                Phone:    Fax:

---

**Partial Payment** — *Please detach bottom portion and return with payment.*

I certify that these goods and/or services were received on above certified dates. Oral purchase authorized and/or no confirming order has been issued.

Jack Hood
US Attorney's Office
1801 Fourth Ave
Briningham, AL  35203

DC No  N4425089       Call No. N/A
Acct Class  0E4001    Obj Class  2508
Amount  102.00        Register  99

*[signature]* Chna M Dawson  7/2/14
Approving Official         Date

Job No.: 203536          BU ID: DAL
Case No.: 5:13-CV-00895-CLS
Case Name: Acadia Insurance Co., et al v United States of America
Invoice No.: 516165      Invoice Date: 5/13/2014
Total Due: $102.00

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: Henjum Goucher Reporting Services LP
2501 Oak Lawn Avenue
Suite #600
Dallas, TX  75219



U.S. ...
NORTHERN ...
OF AL...
2014 JUN 25 PM 12:26



Deposition and Litigation Services
www.hglitigation.com    888 656 DEPO (3376)

PAID BY   V (T) D
NUMBER: CE18390
DATE: 7/3/14

Jack Hood
US Attorney's Office
1801 Fourth Ave
Briningham, AL 35203

IRS 1099  (Y) N

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 519067 | 5/29/2014 | 205534 |
| Job Date | Case No. | |
| 5/16/2014 | 5:13-CV-00895-CLS | |
| Case Name | | |
| Acadia Insurance Co., et al v United States of America | | |
| Payment Terms | | |
| 3% Discount if Paid in 30 Days | | |

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Michael Siegling  —DCN: 25113

|  |  |  |  |
|---|---|---|---|
| 51.00 Pages | @ | 2.70 | 137.70 |
| PROCESSING & PRODUCTION |  | 60.00 | 60.00 |
| POSTAGE |  | 18.50 | 18.50 |
| BINDING |  | 15.00 | 15.00 |

TOTAL DUE >>>   $231.20

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days. We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days. You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation. We appreciate your business!!

I certify that these goods and/or services were received on 5/30/14 (date) and accepted on 5/31/14 (date). Invoice is correct as billed.

_____
Name and Title

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   231.20

Tax ID: 75-2912774                                                        Phone:    Fax:

*Please detach bottom portion and return with payment.*

Jack Hood
US Attorney's Office
1801 Fourth Ave
Briningham, AL 35203

I certify that these goods and/or services were received on above certified dates. Oral purchase authorized and no confirming order has been issued.

DC No. N99 25113     Call No. N/A
Acct Class OE4001    Obj Class 2508
Amount 231.20         Register 99

_____ 7/2/14
Approving Official / Date

Remit To: Henjum Goucher Reporting Services LP
2501 Oak Lawn Avenue
Suite #600
Dallas, TX 75219

Job No.    : 205534         BU ID    : DAL
Case No.   : 5:13-CV-00895-CLS
Case Name  : Acadia Insurance Co., et al v United States of America
Invoice No. : 519067        Invoice Date : 5/29/2014
Total Due  : $231.20

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

## ALABAMA GRAPHICS

**ALGX**
ALABAMA GRAPHICS

2801 FIFTH AVENUE SOUTH
BIRMINGHAM, AL 35233
205.252.8505 PHONE
205.252.8510 FAX
800.292.5806 TOLL FREE

350 EAST JEFF DAVIS AVENUE
MONTGOMERY, AL 36104
334.263.0529 PHONE
334.264.7568 FAX
800.463.5610 TOLL FREE

**DCX**
DIGITAL COLOR EXPERTS

INVOICE NO. 1814707-IN

www.algraphics.com

**SOLD TO:** U.S. ATTORNEY, N. DIST. OF ALA
1801 4TH AVE NORTH
BIRMINGHAM, AL 35203

**SHIP TO:** U.S. ATTORNEY, N. DIST. OF ALA
1801 4TH AVE NORTH
2ND FLOOR
BIRMINGHAM, AL 35203

TIN: 630324505

| COUNT NO | SALES MAN NO | PURCHASE ORDER NO. | SHIP VIA | COLL. | PPD. | DATE SHIPPED | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| 01-USATTY | 04BM | DCN#2511 2 | AG&S TRUCK | | | 5/12/2014 | NET 30 | 5/12/2014 | |

| QTY. ORDERED | QTY. SHIPPED | QTY. B.O. | ITEM NO. | DESCRIPTION | UNIT PRICE | DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 21.00 | 21.00 | 0 | MT3/16FC | ACADIA INS. CO. v. U.S.<br>DRYMOUNTING-3/16" FOAMCORE<br>MOUNT (7) 15"x20" PROVIDED IMAGES TO FOAM CORE | 3.0000 SQ | | 63.00 ✓ |

I certify that these goods and/or services were received above certified dates. Oral purchase authorized and confirming order has been issued.

No. N9925112   Call No. N/A
ct Class OEH001   Obj Class 2557
ount 63.00   Register 99

_M Davis_ 5/23/14
Approving Official   Date

I certify that these goods and/or services were received on 5/12/14 (date) and accepted on 5/12/14 (date). Invoice is correct as billed.

_signature_
Name and Title

PAID BY (V) T D
NUMBER: 6E14759
DATE: 5/30/14

IRS 1099 (Y) N

Terms: A finance charge of 1½% per month (APR 18%) will be charged on balances over 30 days.

GARY BROWN / DB
Order Received in Good Condition By: _signature_

| | |
|---|---|
| SALE AMOUNT | 63.00 |
| MISC. CHARGES | |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL** | **63.00** |

**Remit ALL Payments To The Birmingham Address**