FILED
2016 Jun-30 AM 10:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 30, 2016

Sharon Harris
U.S. District Court
101 HOLMES AVE
HUNTSVILLE, AL 35801

Appeal Number: 16-11309-GG
Case Style: Acadia Insurance Co. v. USA
District Court Docket No: 5:13-cv-00895-CLS

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 06/29/2016.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

*Paper copies of the appellant's initial brief have not been received.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Eleanor M. Dixon, GG/lt
Phone #: (404) 335-6172

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 16-11309-GG
_____

ACADIA INSURANCE CO.,
as subrogee of Yedla Management Co., Inc., & Hospitality Enterprises of Huntsville, Inc., d.b.a. Country Inn & Suites,

              Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

              Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is DISMISSED for want of prosecution because the appellant Acadia Insurance Co. failed to file an appendix within the time fixed by the rules, effective June 30, 2016.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Eleanor M. Dixon, GG, Deputy Clerk

              FOR THE COURT - BY DIRECTION