FILED
2016 Aug-09 PM 04:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 09, 2016

Sharon Harris
U.S. District Court
101 HOLMES AVE
HUNTSVILLE, AL 35801

Appeal Number: 16-11309-GG
Case Style: Acadia Insurance Co. v. USA
District Court Docket No: 5:13-cv-00895-CLS

The referenced appeal was dismissed on 06/30/2016.

Enclosed herewith is a certified copy of this court's order reinstating this appeal.

Appellee's brief is due 30 days from the date of this letter.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Eleanor M. Dixon, GG
Phone #: (404) 335-6172

REINST-1 Appeal Reinstated

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 16-11309-GG

ACADIA INSURANCE CO.,
as subrogee of Yedla Management Co., Inc., & Hospitality Enterprises of Huntsville, Inc., d.b.a. Country Inn & Suites,

              Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

              Defendant - Appellee.

Appeal from the United States District Court
for the Northern District of Alabama

Before: WILLIAM PRYOR and JORDAN, Circuit Judges.

BY THE COURT:

 Appellant's motion to reinstate appeal is GRANTED.